THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR. 
 THE STATE OF SOUTH CAROLINA
 In The Supreme Court
 
 
 
 
 
 Maureen G. Fassuliotis, Respondent,
 
 
 
 
 v.
 
 
 
 
 Dennis T. Fassuliotis, Appellant.
 
 
 
 
 
 Appeal From Charleston County
  Frances  P. Segars-Andrews, Family Court Judge
 
 Memorandum Opinion No. 2004-MO-058
 Heard October 19, 2004  Filed November 8, 2004
 
 REVERSED
 
 
 
 
 
 Cynthia Barrier Castengera, of Newland, N.C., for Appellant.
 Sabrina R. Grogan, of Mt. Pleasant, for Respondent.
 
 
 
 
 
 PER CURIAM:  Reversed pursuant to Rule 220(b), SCACR, and the following authority: Edwards v. Edwards, 254 S.C. 466, 176 S.E.2d 123 (1970) (Contempt results from the willful disobedience of an order of the court, and before a person may be held in contempt, the record must be clear and specific as to the acts or conduct upon which such finding is based).  In light of our holding, the imposition of costs is likewised reversed.
 REVERSED.
 TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.